# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **MAGISTRATE NO. 24-922** |
| **CERTAIN PERSONS** | : | |

## ORDER

AND NOW, this 3rd day of May, 2024 upon application of the United States Attorney that the complaint, warrants and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is ORDERED that the complaint, warrants and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and Homeland Security Investigations. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Alexandra Lastowski, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendants have been arrested or upon further order of the Court.

BY THE COURT:

_____
Hon. Craig M. Straw
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :    **MAGISTRATE NO. 24-922** |
| **CERTAIN PERSONS** | : |

### MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney in and for the Eastern District of Pennsylvania, and Alexandra Lastowski, Assistant United States Attorney for that District, moves that the complaint, warrants and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrest of the defendants there is the risk that the safety of victim/witnesses may be jeopardized, and that the ongoing investigation may be compromised.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaint, warrants and affidavit, and corresponding docket entries, in the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except for the two certified copies of the warrant to be provided to the United States Marshal's Service and Homeland Security Investigations. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Alexandra Lastowski, Assistant United States Attorney, until further order of the Court or until

notified by the United States Attorney, or his representative, that the defendants have been arrested.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


Alexandra Lastowski
Assistant United States Attorney